John C. Rawls (Cal. State Bar No. 106567)
rocky@bwmtx.com
Sarah Silbert (Cal. State Bar No. 198594)
sarah@bwmtx.com
BAKER WILLIAMS MATTHIESEN LLP
5005 Woodway Drive, Suite 201
Houston, Texas 77056
Telephone: (713) 888-3535
Facsimile: (713) 888-3550

Attorneys for Plaintiff
SmartyPants, Inc.

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SMARTYPANTS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>DBTF VENTURES, a Canadian corporation; and SMARTY PANTS WATER, INC., a Canadian corporation;<br><br>Defendants. | CASE NO.: 2:17-cv-08687-FMO-RAO<br><br>**ORDER RE: STIPULATION [22] RE: DISMISSAL**<br><br>(Unopposed Motion for Dismissal) |

**ORDER OF DISMISSAL**

1 | Having read and considered the parties' Unopposed Motion for Dismissal, and good cause appearing therefore,

IT IS HEREBY ORDERED that, Civil Action No. 2:17-cv-08687 is hereby dismissed with prejudice. Each party shall bear its own fees and costs.

Dated: February 13, 2018

                                                                   /s/
                                           Fernando M. Olguin
                                      United States District Judge